IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EARL WAYNE MURPHY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:13-CV-171 |
| | § | |
| BRIAN THOMAS, | § | |
| Potter County Sheriff, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On September 25, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the instant habeas application be dismissed. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ___12th___ day of ___December___ 2013.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE